**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 29, 2018.**



_____
**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-51396-CAG |
| | § | |
| PRIMERA ENERGY, LLC, | § | CHAPTER 11 |
|     Debtor. | § | |
| | § | |
| FREDERICK PATEK; | § | |
| GERALDINE PATEK; | § | |
| JASPER COMPISE; | § | |
| WILLIAM CRAWFORD; | § | |
| MICHAEL COVINGTON; | § | |
| RICK GRIFFEY; | § | ADVERSARY NO. 15-05047-CAG |
| ED MCPHERSON; | § | |
| DIETER JANSEN; | § | |
| QUACKENBUSH PETROLEUM LLC; | § | |
| JAMES REILEY; | § | |
| BETTY REILEY; | § | |
| RICK REILEY; | § | |
| VINCENT J. GILLETTE; | § | |
| MARJORIE A. GILLETTE; | § | |
| THOMAS J. GILLETTE; | § | |
| EDWARD A. GILLETTE; | § | |
| SHARON WALLS; | § | |
| BUDDY WALLS; | § | |
| DC OIL COMPANY, INC.; | § | |
| BUFORD SALMON; | § | |
| LILLIAN SALMON; | § | |
| JOSEPH HART; | § | |

| | |
|---|---|
| BRIAN HUBER; | § |
| DAVID DAVALOS; | § |
| DANIEL DAVALOS; | § |
| FREDERICK JOHNSTON; | § |
| MILAN KNEZOVICH 11; | § |
| FOUNTAINGATES INVESTMENT GROUP; | § |
| JAMES PETERS; and | § |
| BROC YAKEL, | § |
|     Plaintiffs, | § |
| | § |
| V. | § |
| | § |
| BRIAN K. ALFARO; | § |
| KING MINERALS, LLC; | § |
| SILVER STAR RESOURCES, LLC; | § |
| 430 ASSETS, LLC, A MONTANA LLC; | § |
| KRISTI MICHELLE ALFARO; | § |
| BRIAN AND KRISTI ALFARO, AS | § |
| TRUSTEES OF THE BRIAN AND KRISTI | § |
| ALFARO LIVING TRUST; and | § |
| ANA AND AVERY'S CANDY | § |
| ISLAND, LLC, | § |
|     Defendants. | § |

## <u>ORDER APPOINTING J. SCOTT ROSE AS RECEIVER PURSUANT TO TEX. CIV. PRAC. & REM CODE § 31.002 (ECF NO. 483)</u>

On November 21, 2018, the Court entered the Order on Amended Motion for Turnover and Appointment of Receiver (ECF No. 483) approving the appointment of a receiver pursuant to Tex. Civ. Prac. & Rem. Code 31.002 (the "Order"). The Parties were also asked to suggest three candidates to serve as receiver by November 28, 2018. On November 28, 2018, the Court received each Parties' suggestions.

After careful consideration, the Court finds that Mr. J. Scott Rose possesses the necessary qualifications and is hereby appointed receiver to exercise and perform all rights and responsibilities contained in the Order and under the law.

IT IS THEREFORE ORDERED that Mr. J. Scott Rose of Jackson Walker LLP is hereby appointed receiver to exercise and perform all rights and responsibilities contained in the order

and under the law.

IT IS SO ORDERED.

# # #