IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE PRIMERA ENERGY, LLC <br> DEBTOR | § <br> § <br> § <br> § | CASE NO. 15-51396-CAG <br> CHAPTER 11 |
| FREDERICK PATEK, ET AL <br> PLAINTIFFS, <br><br> V. <br><br> BRIAN A. ALFARO, PRIMERA ENERGY, LLC, ALFARO OIL AND GAS, INC., ALFARO ENERGY, LLC, KING MINERALS, LLC, SILVER STAR RESOURCES, LLC, 430 ASSETS, LLC, A MONTANA LLC, KRISTI MICHELLE ALFARO; BRIAN AND KRISTI ALFARO AS TRUSTEES OF THE BRIAN AND KRIST ALFARO LIVING TRUST, AND ANA AND AVERY'S CANDY ISLAND, LLC <br> DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | ADV. PRO. NO. 15-05047 |

## ORDER

Upon consideration of Brian Alfaro's Motion to Quash Bench Warrant and the record herein, for the reasons set forth in Alfaro's motion and for good cause shown, it is on the date shown above,

ORDERED that the bench warrant issued for Brian Alfaro in this case is hereby quashed, and

it is

FURTHER ORDERED that the United States Marshals Service cancel and/or withdraw the warrant from its data base.

###

Ordered Prepared by
Dean W. Greer
2929 Mossrock, Suite 117
San Antonio, Texas 78230