**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 18, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE PRIMERA ENERGY, LLC<br>    DEBTOR. | § § § § | CASE NO. 15-51396-CAG<br>Chapter 11 |
| FREDERICK PATEK, ET AL.<br>    Plaintiffs,<br><br>v.<br><br>BRIAN A. ALFARO, PRIMERA ENERGY, LLC, ALFARO OIL AND GAS, INC., ALFARO ENERGY, LLC, KING MINERALS, LLC, SILVER STAR RESOURCES, LLC, 430 ASSETS, LLC, A MONTANA LLC, KRISTI MICHELLE ALFARO; BRIAN AND KRISTI ALFARO AS TRUSTEES OF THE BRIAN AND KRISTI ALFARO LIVING TRUST, and ANA AND AVERY'S CANDY ISLAND, LLC<br>    Defendants. | § § § § § § § § § § § § § § § § § § § | Adv. Pro. No. 15-05047-CAG |

### ORDER GRANTING MOTION TO QUASH OR RESCIND BENCH WARRANT(ECF NO. 528)

On January 18, 2019, came on for consideration Brian Alfaro's Motion to Quash or Rescind Bench Warrant (ECF No. 528). Upon consideration thereof, the Court finds that the Motion should be granted as stated on the record. Upon notice by the Receiver of non-compliance, the Court will issue a new bench warrant.

IT IS THEREFORE ORDERED Brian Alfaro's Motion to Quash or Rescind Bench Warrant (ECF No. 528). is GRANTED.

# # #