**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 22, 2019.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE PRIMERA ENERGY, LLC | § | |
|    DEBTOR. | § | CASE NO. 15-51396-CAG |
| | § | Chapter 11 |
| | § | |
| FREDERICK PATEK, ET AL. | § | |
|    Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN A. ALFARO, PRIMERA ENERGY, | § | |
| LLC, ALFARA OIL AND GAS, INC., | § | |
| ALFARO ENERGY, LLC, KING MINERALS, | § | Adv. Pro. No. 15-05047-CAG |
| LLC, SILVER STAR | § | |
| RESOURCES, LLC, 430 ASSETS, LLC, A | § | |
| MONTANA LLC, KRISTI MICHELLE | § | |
| ALFARO; BRIAN AND KRISTI ALFARO | § | |
| AS TRUSTEES OF THE BRIAN AND | § | |
| KRISTI ALFARO LIVING TRUST, and | § | |
| ANA AND AVERY'S CANDY ISLAND, LLC | § | |
| | § | |
|    Defendants. | § | |

**ORDER REGARDING BENCH WARRANT ISSUED ON JANUARY 17, 2019**

1

On January 18, 2019, the Court conducted a hearing on the Motion to Quash or Rescind Bench Warrant (the "Motion to Quash") [Dckt. No. 528] filed by Brian Alfaro, which requested that the Court quash or rescind the Bench Warrant that this Court issued on January 17, 2019 (the "Bench Warrant") [Dckt. No. 527] following the filing of the Status Report Submitted by J. Scott Rose, as Receiver [Dckt. No. 525]. Based upon the Court's ruling as stated on the record at the hearing on the Motion to Quash, the Court finds that the following order should be entered.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Brian Alfaro and Kristi Alfaro, each in their individual capacity, shall fully comply with all obligations and duties imposed upon him or her, or otherwise required by the Amended Order (I) Order Appointing J. Scott Rose as Receiver Pursuant to Tex. R. Civ. Prac. & Rem. Code § 31.002 [Dckt. No. 487] and (II) Order on Amended Motion for Turnover and Appointment of Receiver [Dckt. No. 483] (the "Receivership Order") [Adv. Dckt No. 497] on or before 5:00 p.m. prevailing Central standard time on January 28, 2019.

2. In conjunction with fully complying with all obligations and duties imposed upon him or otherwise required by the Receivership Order, and, also on or before 5:00 p.m. prevailing Central standard time on January 28, 2019, Brian Alfaro and Kristi Alfaro shall each provide to counsel for the Receiver a separate affidavit in a form acceptable to the Receiver attesting under penalty of perjury to having, to the best of his or her knowledge, fully complied with all obligations and duties imposed upon him or her by the Receivership Order, including, without limitation, having diligently searched for, collected, and delivered to his or her counsel for production to the Receiver all documents, funds, personal property, and other materials within his or her knowledge, possession, custody, or control as required by the Receivership Order.

3. By January 29, 2019, the Receiver shall file with the Court a status report as to the compliance of each of Brian Alfaro and Kristi Alfaro with the Receivership Order.

4. If Brian Alfaro fails to fully comply with this order, the Court will impose the Bench Warrant.

5. If Kristi Alfaro fails to comply with this order, the Court may issue a bench warrant.

6. Imposition of the Bench Warrant is hereby held in abeyance pending further order of the Court.

### 

22070498v.1 153906/00001

SUBMITTED BY:

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz
State Bar No. 24072822
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
(512) 236-2247 – Direct Dial
(512) 391-2147 – Direct Fax
Email: jwertz@jw.com

**COUNSEL FOR J. SCOTT ROSE, AS RECEIVER**

22070498v.1 153906/00001